| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cr-00187-TWP-MJD |
| | ) | |
| WILLIAM LEE RAMSEY also known as | ) | |
| WILLIAM LEWIS RAMSEY; (01), | ) | |
| | ) | |
| Defendant. | ) | |

## Entry

Defendant William Ramsey's request for an update has been considered. Mr. Ramsey is informed that inquiries related to the status of his petition brought pursuant to 28 U.S.C. § 2255 should be filed in that case, No. 1:16-cv-2165-TWP-MJD. The request for an update [dkt 60] is **granted** to the extent that the **clerk shall** include a copy of the docket in that case with Mr. Ramsey's copy of this Entry. The respondent filed a response to the Order to Show Cause on December 1, 2016. The **clerk shall** include a copy of that filing with Mr. Ramsey's copy of this Entry.

Mr. Ramsey's request that counsel be appointed to represent him has also been considered. That request [dkt 60] is **denied**. The Criminal Justice Act, 18 U.S.C. § 3006A provides that when the "court determines that the interests of justice so require, representation may be provided for any financially eligible person who – is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2)(B). Unlike a criminal defendant, an indigent civil litigant does not have a right to counsel at public expense. *See Resendez v. Knight,* 653 F.3d 445, 446 (7th Cir. 2011) ("It is . . . well established that a criminal defendant enjoys [a] right to counsel through his first appeal . . . but that, once the direct appeal has been decided, the right to counsel no longer

applies."); *Jackson v. County of McLean,* 953 F.2d 1070, 1071 (7th Cir. 1992) ("indigent civil

litigants have no constitutional or statutory right to be represented by counsel in federal court").

Whether to appoint counsel is purely a discretionary matter. The defendant has not shown that he

has attempted to recruit counsel on his own. In addition, he is literate and appears to be fully aware

of the proceedings involving his convictions and sentence. For these reasons, the motion for

appointment of counsel [dkt 60] must be **denied.**

     **IT IS SO ORDERED.**


Date: 2/14/2017

Distribution:

William L. Ramsey
12429-028
Forrest City – Low
P.O. Box 9000
Forrest City, AR 72336

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana